JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SCHWARTZ and JAMES UNICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | Case No**. 8:16-cv-01883-JVS-DFM**<br><br>Consolidated with<br>Case No. 2:16-cv-09367-JVS-DFM<br><br>*[Assigned to Hon. James V. Selna]*<br><br>**ORDER GRANTING DEFENDANT VIZIO, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 9(b) AND 12(b)(6)** |

1    On August 21, 2017, at 1:30 p.m. in Courtroom 10C of the Ronald Reagan
2    Federal Building and United States Courthouse for the Central District of California,
3    located at 411 W. Fourth St., Santa Ana, CA 92701, Defendant Vizio, Inc.'s Motion to
4    Dismiss the Second Consolidated Amended Complaint ("SCAC") came on for hearing
5    before this Court.  The parties appeared through their counsel of record.
6        After considering all of the papers filed herein, the authorities submitted by
7    counsel, as well as counsel's oral arguments, it is **HEREBY ORDERED** that the
8    Motion is **GRANTED**.  Plaintiffs' CAC is dismissed **WITH PREJUDICE**.

10       **IT IS SO ORDERED.**

12   Dated: August 24, 2017                    _____
13                                             HON. JAMES V. SELNA
                                               United States District Judge